**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **NOTICE OF WITHDRAWAL** |
| | ) | **OF MOTION** |
| **TIJEMA BROWN** | ) | |
| | ) | **3:25-cr-00106-KDB-SCR** |
| **Defendant.** | ) | |
| | ) | |

      **NOW COMES** the Defendant by and through undersigned Counsel and hereby gives Notice of Withdrawal of Motion Docket No. 25.

Submitted on this 2nd day of June, 2025.

s/Kimberly Y. Best
Kimberly Y. Best
The Best Law Firm, PLLC
212 N. McDowell St., Suite 208
Charlotte, NC 28204
thebestlawfirmpllc@gmail.com
980-553-0139

## CERTIFICATE OF SERVICE

I, Kimberly Y. Best, hereby certify that I have served a copy of the foregoing NOTICE OF WITHDRAWAL OF WITHDRAWAL of Docket No. 25.

Matthew Warren, Esq.
Assistant United States Attorney
227 W. Trade St., Suite 1650
Charlotte, NC  28202

Submitted this 2nd  day of June 2025.

/s/Kimberly Y. Best
Kimberly Y. Best, Esq. 24932
212 N. McDowell St., Suite 208
Charlotte, NC  28204
thebestlawfirmpllc@gmail.com
980-553-0139